E-FILED; Cecil Circuit Court
Docket: 2/6/2026 12:11 PM; Submission: 2/6/2026 12:11 PM
Envelope: 25007084

| | |
|---|---|
| **TINA M. REYNOLDS**<br>1 Raydan Way<br>North East, Maryland 21901<br><br>Plaintiff,<br><br>v.<br><br>**KEITA ABOU**<br>6540 Guyer Avenue<br>Philadelphia, Pennsylvania 19142<br><br>and<br><br>**AMAZON LOGISTICS, INC.**<br>410 Terry Avenue North<br>Seattle, Washington 98109<br><br><u>Resident Agent</u><br>CSC-Lawyers Incorporating Service Co.<br>7 St. Paul Street, Suite 820<br>Baltimore, Maryland 21202<br><br>and<br><br>**AMAZON.COM SERVICES, LLC**<br>410 Terry Avenue North<br>Seattle, Washington 98109<br><br><u>Resident Agent</u><br>CSC-Lawyers Incorporating Service Co.<br>7 St. Paul Street, Suite 820<br>Baltimore, Maryland 21202<br><br>Defendants. | IN THE CIRCUIT COURT<br><br>FOR<br><br>CECIL COUNTY<br><br>CASE NO.: C-07-CV-26-000052 |

**COMPLAINT AND FOR JURY DEMAND**

1. Plaintiff, Tina M. Reynolds, is a resident of the State of Maryland, residing at 1 Raydan Way, North East, Maryland 21901.

Exhibit 1

2. Defendant, Keith Abou, upon information and belief, is a resident of the State of Pennsylvania, residing at 6540 Guyer Avenue, Philadelphia, Pennsylvania 19142.

3. Defendant, Amazon Logistics, Inc., is a foreign corporation licensed to conducts business in the State of Maryland with its resident agent for service of process being CSC-Lawyers Incorporating Service Company, located at 7 St. Paul Street, Suite 820, Baltimore, Maryland 21202.

4. Defendant, Amazon.com Services, LLC, is a foreign limited liability company licensed to conducts business in the State of Maryland with its resident agent for service of process being CSC-Lawyers Incorporating Service Company, located at 7 St. Paul Street, Suite 820, Baltimore, Maryland 21202.

5. Jurisdiction is proper in this Court as the acts and omissions giving rise to this claim, specifically the motor vehicle accident described herein, occurred within the geographic boundaries of Cecil County, Maryland.

6. Venue is proper in this Court as the acts and omissions giving rise to this claim, specifically the motor vehicle accident described herein, occurred within the geographic boundaries of Cecil County, Maryland.

7. On February 16, 2024, Plaintiff Tina M. Reynolds was operating her vehicle and heading east on Route 40 when her vehicle came to a complete stop due

to a red traffic signal at the intersection with Landling Lane, in Elkton, Cecil County, Maryland.

8. At that same time and place, Defendant Keita Abou, was also traveling east on Route 40, was driving his vehicle and located behind Plaintiff in the same lane of travel.

9. On that date and time, Defendant Abou failed to stop or slow his vehicle and crashed into the rear Plaintiff's vehicle, causing severe personal injury and damage.

10. On or about February 16, 2024, Defendant Abou was engaged in the course and scope of his agency and/or employment with Amazon Flex, a delivery service operated by Defendants Amazon Logistics, Inc. and/or Amazon.com Services, LLC.

11. Defendants Amazon Logistics, Inc. and/or Amazon.com Services, LLC, acted as the principal entities responsible for the management, supervision, and direction of all personnel operating via the Amazon Flex platform, specifically exercising such control over Defendant Abou at the time of the accident.

## COUNT I – NEGLIGENCE – KEITA ABOU

12. Plaintiff realleges paragraphs 1 through 11 above, and incorporates the same herein by this reference.

13. The aforesaid collision was proximately caused by the negligence of Defendant Keita Abou, in that he:

(a) Operated his vehicle in wilful or wanton disregard for the safety of persons or property, in violation of Md. Code Ann., Transp. § 21-901.1(a), and common law;

(b) operated the vehicle in an aggressive manner, in violation of Md. Code Ann., Transp. § 21-901.2, and common law;

(c) failed to give full time and attention to the operation of the vehicle, in violation of Md. Code Ann., Transp. § 21-901.1(d), and common law;

(d) operated the vehicle in a careless and imprudent manner without due regard to road and traffic conditions then existing in violation of Md. Code Ann., Transp. § 21-901.1(b), and common law;

(e) failed to maintain a proper lookout while operating the vehicle, in violation of Md. Code Ann., Transp. § 21-801(a)and common law;

(f) failed to maintain proper control of the vehicle in violation of Maryland statutory and common law; and

(g) otherwise negligent, as the discovery process will reveal.

## COUNT II – RESPONDEAT SUPERIOR – AMAZON ENTITIES

14. Plaintiff realleges paragraphs 1 through 13 above and incorporates same herein by this reference.

15. At all times relevant to this action, Defendant Abou was an agent, servant, and/or employee of Defendants Amazon Logistics, Inc. and/or Amazon.com Services, LLC, (collectively "Amazon"), and was acting within the course and scope of said agency and employment.

16. Defendant Amazon exercised substantial direction and control over the manner and means of Defendant Abou's work, including but not limited to:

(a) Providing specific delivery routes and GPS navigation via the Amazon Flex application;

(b) Monitoring Defendant Abou's real-time location and delivery progress;

(c) Setting strict delivery windows and performance quotas that dictated the speed and conduct of the driver;

(d) Retaining the unilateral right to terminate or "deactivate" Defendant Abou's access to the platform for failing to adhere to Amazon's specific protocols; and

(e) As further discovery may reveal.

17. By virtue of this relationship, Defendant Amazon is vicariously liable for the negligent acts and omissions of Defendant Abou under the doctrine of *respondeat superior*.

## COUNT III – NEGLIGENT RETENTION OR SUPERVISION AMAZON ENTITIES

18. Plaintiff realleges paragraphs 1 through 17 above and incorporates same herein by this reference.

19. Defendant Amazon had a duty to the public, including Plaintiff, to hire, train, and supervise drivers who are competent and safe.

20. Defendant Amazon breached this duty by failing to adequately screen Defendant Abou's driving record or by retaining him as a driver despite knowing (or having reason to know) of his unfitness to operate a motor vehicle for commercial delivery.

21. Amazon knew, or in the exercise of reasonable care should have known, that such inadequate supervision and the imposition of unreasonable delivery windows would create a foreseeable risk of harm to other motorists, specifically the Plaintiff.

22. Amazon's failure to provide oversight that balanced delivery efficiency with safe operation was a direct and proximate cause of the collision and Plaintiff's resulting damages.

23. Defendant Amazon's failure to properly supervise Defendant Abou was a proximate cause of the accident and Plaintiff's resulting injuries.

24. As a direct and proximate result of the aforementioned negligence, carelessness, recklessness, and/or wanton disregard of the Defendants, Plaintiff has suffered and will continue to suffer in the future serious bodily harm and personal injuries, some or all of which are or may be permanent in nature.

25. As a further direct and proximate result of the aforementioned negligence, carelessness, recklessness, and/or wanton disregard of the Defendants, Plaintiff has incurred in the past and will incur in the future, considerable pain, suffering and discomfort, both mental and physical in nature.

26. As a further direct and proximate result of the aforementioned negligence, carelessness, recklessness, and/or wanton disregard of the Defendants, Plaintiff has incurred in the past and will incur in the future, medical and other expenses related to the treatment of her injuries.

27. As a further direct and proximate result of the aforementioned negligence, carelessness, recklessness, and/or wanton disregard of the Defendants,

Plaintiff has incurred in the past and will incur in the future, lost wages, loss of earnings, and loss of earning capacity.

**WHEREFORE,** Plaintiff demands judgment in her favor and against Defendants for such compensatory damages, general and special damages, the cost of this action, pre-judgment interest and post-judgment interest pursuant to Maryland law, and any other relief this Court deems just.

Respectfully submitted,

David C. Malatesta, Jr., Esq.
AISN # 9906240248
**SHELSBY & LEONI, P.A.**
221 Main Street
Wilmington, Delaware 19804
dmalatesta@mslde.com
(302) 995-6210
*Attorney for Plaintiff*

Date: February 6, 2026

E-FILED; Cecil Circuit Court
Docket: 2/6/2026 12:11 PM; Submission: 2/6/2026 12:11 PM
Envelope: 25007084

IN THE CIRCUIT COURT FOR Cecil County (CC)
City/County

# CIVIL – NON-DOMESTIC CASE INFORMATION REPORT

**DIRECTIONS**

***Plaintiff:*** This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Justice of the Supreme Court of Maryland pursuant to Rule 2-111(a). ***Defendant:*** You must file an Information Report as required by Rule 2-323(h).

***THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING***

**FORM FILED BY:** ☒ PLAINTIFF ☐ DEFENDANT CASE NUMBER C-07-CV-26-000052 (Clerk to insert)

**CASE NAME:** Tina Reynolds (Plaintiff) vs. Keita Abou, et al. (Defendant)

PARTY'S NAME: Tina Reynolds PHONE:

PARTY'S ADDRESS: 1 Raydan Way, North East Maryland 21901

PARTY'S E-MAIL:

**If represented by an attorney:**

PARTY'S ATTORNEY'S NAME: David C. Malatesta, Jr., Esq. PHONE: (302) 995-6210 Ext. 122

PARTY'S ATTORNEY'S ADDRESS: Shelsby & Leoni, 221 Main Street, Wilmington, Delaware 19804

PARTY'S ATTORNEY'S E-MAIL: DMALATESTA@MSLDE.COM

**JURY DEMAND?** ☒ Yes ☐ No

**RELATED CASE PENDING?** ☐ Yes ☒ No If yes, Case #(s), if known:

**ANTICIPATED LENGTH OF TRIAL?:** ______ hours 2 ______ days

**PLEADING TYPE**

**New Case:** ☒ Original ☐ Administrative Appeal ☐ Appeal

**Existing Case:** ☐ Post-Judgment ☐ Amendment

*If filing in an existing case,* skip Case Category/Subcategory section – go to Relief section.

**IF NEW CASE: CASE CATEGORY/SUBCATEGORY (*Check one box.*)**

**TORTS**
- ☐ Asbestos
- ☐ Assault and Battery
- ☐ Business and Commercial
- ☐ Conspiracy
- ☐ Conversion
- ☐ Defamation
- ☐ False Arrest/Imprisonment
- ☐ Fraud
- ☐ Lead Paint – DOB of Youngest Plt: ______
- ☐ Loss of Consortium
- ☐ Malicious Prosecution
- ☐ Malpractice-Medical
- ☐ Malpractice-Professional
- ☐ Misrepresentation
- ☒ Motor Tort
- ☐ Negligence
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability
- ☐ Specific Performance
- ☐ Toxic Tort
- ☐ Trespass
- ☐ Wrongful Death

**CONTRACT**
- ☐ Asbestos
- ☐ Breach
- ☐ Business and Commercial
- ☐ Confessed Judgment (Cont'd)
- ☐ Construction
- ☐ Debt
- ☐ Fraud
- ☐ Government
- ☐ Insurance
- ☐ Product Liability

**PROPERTY**
- ☐ Adverse Possession
- ☐ Breach of Lease
- ☐ Detinue
- ☐ Distress/Distrain
- ☐ Ejectment
- ☐ Forcible Entry/Detainer
- ☐ Foreclosure
  - ☐ Commercial
  - ☐ Residential
  - ☐ Currency or Vehicle
  - ☐ Deed of Trust
  - ☐ Land Installments
  - ☐ Lien
  - ☐ Mortgage
  - ☐ Right of Redemption
  - ☐ Statement Condo
- ☐ Forfeiture of Property/ Personal Item
- ☐ Fraudulent Conveyance
- ☐ Landlord-Tenant
- ☐ Lis Pendens
- ☐ Mechanic's Lien
- ☐ Ownership
- ☐ Partition/Sale in Lieu
- ☐ Quiet Title
- ☐ Rent Escrow
- ☐ Return of Seized Property
- ☐ Right of Redemption
- ☐ Tenant Holding Over

**PUBLIC LAW**
- ☐ Attorney Grievance
- ☐ Bond Forfeiture Remission
- ☐ Civil Rights
- ☐ County/Mncpl Code/Ord
- ☐ Election Law
- ☐ Eminent Domain/Condemn.
- ☐ Environment
- ☐ Error Coram Nobis
- ☐ Habeas Corpus
- ☐ Mandamus
- ☐ Prisoner Rights
- ☐ Public Info. Act Records
- ☐ Quarantine/Isolation
- ☐ Writ of Certiorari

**EMPLOYMENT**
- ☐ ADA
- ☐ Conspiracy
- ☐ EEO/HR
- ☐ FLSA
- ☐ FMLA
- ☐ Worker's Compensation
- ☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
- ☐ Assumption of Jurisdiction
- ☐ Authorized Sale
- ☐ Attorney Appointment
- ☐ Body Attachment Issuance
- ☐ Commission Issuance
- ☐ Constructive Trust
- ☐ Contempt
- ☐ Deposition Notice
- ☐ Dist Ct Mtn Appeal
- ☐ Financial
- ☐ Grand Jury/Petit Jury
- ☐ Miscellaneous
- ☐ Perpetuate Testimony/Evidence
- ☐ Prod. of Documents Req.
- ☐ Receivership
- ☐ Sentence Transfer
- ☐ Set Aside Deed
- ☐ Special Adm. – Atty
- ☐ Subpoena Issue/Quash
- ☐ Trust Established
- ☐ Trustee Substitution/Removal
- ☐ Witness Appearance-Compel

**PEACE ORDER**
- ☐ Peace Order

**EQUITY**
- ☐ Declaratory Judgment
- ☐ Equitable Relief
- ☐ Injunctive Relief
- ☐ Mandamus

**OTHER**
- ☐ Accounting
- ☐ Friendly Suit
- ☐ Grantor in Possession
- ☐ Maryland Insurance Administration
- ☐ Miscellaneous
- ☐ Specific Transaction
- ☐ Structured Settlements

## IF NEW OR EXISTING CASE: RELIEF (Check All that Apply)

- ☐ Abatement
- ☐ Administrative Action
- ☐ Appointment of Receiver
- ☐ Arbitration
- ☐ Asset Determination
- ☐ Attachment b/f Judgment
- ☐ Cease & Desist Order
- ☐ Condemn Bldg
- ☐ Contempt
- ☐ Court Costs/Fees
- ☐ Damages-Compensatory
- ☐ Damages-Punitive
- ☐ Earnings Withholding
- ☐ Enrollment
- ☐ Expungement
- ☐ Financial Exploitation
- ☐ Findings of Fact
- ☐ Foreclosure
- ☐ Injunction
- ☐ Judgment-Affidavit
- ☐ Judgment-Attorney Fees
- ☐ Judgment-Confessed
- ☐ Judgment-Consent
- ☐ Judgment-Declaratory
- ☐ Judgment-Default
- ☐ Judgment-Interest
- ☐ Judgment-Summary
- ☐ Liability
- ☐ Oral Examination
- ☐ Order
- ☐ Ownership of Property
- ☐ Partition of Property
- ☐ Peace Order
- ☐ Possession
- ☐ Production of Records
- ☐ Quarantine/Isolation Order
- ☐ Reinstatement of Employment
- ☐ Return of Property
- ☐ Sale of Property
- ☐ Specific Performance
- ☐ Writ-Error Coram Nobis
- ☐ Writ-Execution
- ☐ Writ-Garnish Property
- ☐ Writ-Garnish Wages
- ☐ Writ-Habeas Corpus
- ☐ Writ-Mandamus
- ☐ Writ-Possession

*If you indicated **Liability** above,* mark one of the following. This information is not an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded. ☒ Liability is not conceded, but is not seriously in dispute. ☐ Liability is seriously in dispute.

## MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs)

☐ Under $10,000 ☐ $10,000 - $30,000 ☒ $30,000 - $100,000 ☐ Over $100,000

☐ Medical Bills $ 20,000 ☐ Wage Loss $ 5,000 ☐ Property Damages $ 10,000

## ALTERNATIVE DISPUTE RESOLUTION INFORMATION

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)

A. Mediation ☒ Yes ☐ No
B. Arbitration ☐ Yes ☒ No
C. Settlement Conference ☒ Yes ☐ No
D. Neutral Evaluation ☐ Yes ☒ No

## SPECIAL REQUIREMENTS

☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049**

## ESTIMATED LENGTH OF TRIAL

*With the exception of Baltimore County and Baltimore City, please fill in the estimated **LENGTH OF TRIAL.***

***(Case will be tracked accordingly)***

☐ 1/2 day of trial or less
☐ 1 day of trial time
☒ 2 days of trial time
☐ 3 days of trial time
☐ More than 3 days of trial time

## BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

***For all jurisdictions,** if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ **Expedited -** Trial within 7 months of Defendant's response

☐ **Standard -** Trial within 18 months of Defendant's response

EMERGENCY RELIEF REQUESTED

## COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

❒ **Expedited** - Trial within 7 months of Defendant's response

❒ **Standard** - Trial within 18 months of Defendant's response

***IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.***

## CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | |
|---|---|
| ❒ Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ❒ Civil-Short | Trial 210 days from first answer. |
| ❒ Civil-Standard | Trial 360 days from first answer. |
| ❒ Custom | Scheduling order entered by individual judge. |
| ❒ Asbestos | Special scheduling order. |
| ❒ Lead Paint | Fill in: Birth Date of youngest plaintiff ____________. |
| ❒ Tax Sale Foreclosures | Special scheduling order. |
| ❒ Mortgage Foreclosures | No scheduling order. |

## CIRCUIT COURT FOR BALTIMORE COUNTY

| | |
|---|---|
| ❒ Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ❒ Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ❒ Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ❒ Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

February 6, 2026
Date

[signature] 9906240248
Signature of Attorney/Party — Attorney Number

221 Main Street
Street Address

David C. Malatesta, Jr., Esq.
Printed Name

Wilmington DE 19804
City State Zip Code

DMALATESTA@MSLDE.COM
E-mail

E-FILED; Cecil Circuit Court
Docket: 2/6/2026 12:11 PM; Submission: 2/6/2026 12:11 PM
Envelope: 25007084

| | | |
|---|---|---|
| **TINA M. REYNOLDS**<br>1 Raydan Way<br>North East, Maryland 21901<br>Plaintiff,<br>v.<br><br>**KEITA ABOU**<br>6540 Guyer Avenue<br>Philadelphia, Pennsylvania 19142<br>and<br>**AMAZON LOGISTICS, INC.**<br>410 Terry Avenue North<br>Seattle, Washington 98109<br>and<br>**AMAZON.COM SERVICES, LLC**<br>410 Terry Avenue North<br>Seattle, Washington 98109<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | <br>IN THE CIRCUIT COURT<br><br>FOR<br><br>CECIL COUNTY<br><br>CASE NO.: C-07-CV-26-000052 |

**REQUEST FOR A JURY TRIAL**

Plaintiff, Tina M. Reynolds, by and through her attorneys, David C. Malatesta, Jr., Esquire, and Shelsby & Leoni, request a trial by jury on all counts in the above-captioned case.

Respectfully submitted,

David C. Malatesta, Jr., Esq.
AISN # 9906240248
**SHELSBY & LEONI, P.A.**
221 Main Street
Wilmington, Delaware 19804
dmalatesta@mslde.com
(302) 995-6210
*Attorney for Plaintiff*

Date: February 6, 2026

E-FILED; Cecil Circuit Court
Docket: 2/6/2026 12:11 PM; Submission: 2/6/2026 12:11 PM
Envelope: 25007084

| | |
|---|---|
| **TINA M. REYNOLDS**<br>1 Raydan Way<br>North East, Maryland 21901<br>Plaintiff,<br>v.<br><br>**KEITA ABOU**<br>6540 Guyer Avenue<br>Philadelphia, Pennsylvania 19142<br>and<br>**AMAZON LOGISTICS, INC.**<br>410 Terry Avenue North<br>Seattle, Washington 98109<br>and<br>**AMAZON.COM SERVICES, LLC**<br>410 Terry Avenue North<br>Seattle, Washington 98109<br>Defendants | IN THE CIRCUIT COURT<br>FOR<br>CECIL COUNTY<br>CASE NO.: C-07-CV-26-000052 |

## CERTIFICATE OF GOOD STANDING

I hereby certify that I am a member of the Maryland Bar and my license in Maryland is in good standing thereby permitting appearance pursuant to Maryland Rule 2-131.

Respectfully submitted,

David C. Malatesta, Jr., Esq.
AISN # 9906240248
**SHELSBY & LEONI, P.A.**
221 Main Street
Wilmington, Delaware 19804
dmalatesta@mslde.com
(302) 995-6210
*Attorney for Plaintiff*

Date: February 6, 2026

E-FILED; Cecil Circuit Court
Docket: 2/6/2026 12:11 PM; Submission: 2/6/2026 12:11 PM
Envelope: 25007084

# SHELSBY & LEONI

GILBERT F. SHELSBY, JR. (MD, DC, DE)*
ROBERT J. LEONI (DE)*
KYLE KEMMER (DE, PA)
JAMES J. MEEHAN, III (DE)
JASON D. WARREN (DE)
KELLEY M. HUFF (DE, PA)
DAVID C. MALATESTA, JR. (DE, MD, NJ, PA)
STACEY L. PAOLI (PA)

* Also Of Counsel with Kline & Specter, P.C.

A PROFESSIONAL ASSOCIATION

221 MAIN STREET
WILMINGTON, DELAWARE 19804
PHONE: 302-995-6210
FAX: 302-995-6121
www.shelsbyleonilaw.com

February 6, 2026

***<u>VIA ELECTRONIC FILING</u>***
Clerk of the Court
Circuit Court for Prince George's County
14735 Main St
Upper Marlboro, MD 20772

**RE: Tina Reynolds v. Keita Abou, Amazon Logistics, et al.**
Case No.: TBD

Dear Clerk of the Court:

Attached please find a Complaint and related pleadings for filing in the above captioned matter. Please forward the Summons for the Defendants to our office to be served by private process server.

If you have any questions or concerns, please feel free to contact our office. Thank you for your assistance.

SHELSBY & LEONI, P.A.

By: ______________________

David C. Malatesta, Jr., Esquire
*A Member of the Maryland Bar*
221 Main Street
Wilmington, Delaware 19804
dmalatesta@mslde.com
(302) 995-6210
*Attorney for Plaintiff*
AISN # 9906240248

Date: February 6, 2026